## ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-04512 -PSH | | Trustee Name: | Robert B. Katz | Page: 1 |
|---|---|---|---|---|---|
| Case Name: | PALOS HILLS HEALTH CLUB INC | | Bank Name: | BANK OF AMERICA | |
| | | | Account Number / CD #: | *******6347 Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******3243 | | | | |
| For Period Ending: | 02/07/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/14/06 | 2 | CAPFINANCIAL III, LLC | SALE OF TRUSTEE'S INTEREST IN PROP | 1110-000 | 42,000.00 | | 42,000.00 |
| 12/21/06 | 000101 | DiMonte & Lizak, LLC<br>Ira Goldberg<br>216 Higgins Rd.<br>Park Ridge, IL 60068 | Per Sale Order & Retention Order<br>Fees   14,000.00<br>Expenses   496.72 | 3210-000<br>3220-000 | | 14,496.72 | 27,503.28<br>27,503.28 |
| 12/21/06 | 000102 | American Auction<br>8515 S. Thomas Ave<br>Bridgeview, IL 60455 | SERVICE CHARGE | 2420-000 | | 1,000.00 | 26,503.28 |
| 12/29/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 13.57 | | 26,516.85 |
| 01/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 22.52 | | 26,539.37 |
| 02/05/07 | 000103 | International Sureties, LTD<br>Suite 500<br>203 Carondelet St.<br>New Orleans, LA 70130 | 01626455 | 2300-000 | | 29.05 | 26,510.32 |
| 02/28/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 20.34 | | 26,530.66 |
| 03/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 22.53 | | 26,553.19 |
| 04/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 21.83 | | 26,575.02 |
| 05/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 22.57 | | 26,597.59 |
| 06/19/07 | 000104 | Illinois Department of Revenue<br>PO Box 19032<br>Springfield, IL 62794-9032 | Payment for Corp. Replacement Tax | 2820-000 | | 2,953.00 | 23,644.59 |
| 06/29/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 21.45 | | 23,666.04 |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 20.11 | | 23,686.15 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 20.12 | | 23,706.27 |
| 09/21/07 | 000105 | Robert B. Katz<br>223 West Jackson Blvd.<br>Suite 1010 | Interim compensation by court order | 2100-000 | | 2,695.78 | 21,010.49 |

| | | | Page Subtotals | | 42,185.04 | 21,174.55 | |

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-04512 -PSH | | Trustee Name: | Robert B. Katz | | Page: 2 |
|---|---|---|---|---|---|---|
| Case Name: | PALOS HILLS HEALTH CLUB INC | | Bank Name: | BANK OF AMERICA | | |
| Taxpayer ID No: | ********3243 | | Account Number / CD #: | *******6347 Money Market Account (Interest Earn | | |
| For Period Ending: | 02/07/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/07 | 1 | BANK OF AMERICA<br>Chicago, IL 60606 | Interest Rate 0.750 | 1270-000 | 14.82 | | 21,025.31 |
| 10/31/07 | 1 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 13.40 | | 21,038.71 |
| 11/28/07 | 000106 | Illinois Department of Revenue<br>P.O. Box 19084<br>Springfield, IL 62794-9084 | Add. Payment Corp Replacement Tax | 2820-000 | | 191.07 | 20,847.64 |
| 11/30/07 | 1 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 11.24 | | 20,858.88 |
| 12/31/07 | 1 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 9.99 | | 20,868.87 |
| 01/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 8.27 | | 20,877.14 |
| 02/05/08 | 000107 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 120<br>New Orleans, LA 70139 | BLANKET BOND DISBURSEMENT | 2300-000 | | 12.70 | 20,864.44 |

|  |  |  |  |  |
|---|---|---|---|---|
| COLUMN TOTALS | | 42,242.76 | 21,378.32 | 20,864.44 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 42,242.76 | 21,378.32 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 42,242.76 | 21,378.32 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 42,242.76 | 21,378.32 | 20,864.44 |
| Money Market Account (Interest Earn - *******6347 | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 57.72 203.77

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Case No: 06-04512 -PSH
Case Name: PALOS HILLS HEALTH CLUB INC
Taxpayer ID No: *******3243
For Period Ending: 02/07/08

Trustee Name: Robert B. Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6347 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|

Page Subtotals    0.00    0.00