IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| PALOS HILLS HEALTH CLUB INC | ) | CASE NO. 06-04512-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S APPLICATION FOR
## COMPENSATION AND EXPENSES

TO:   THE HONORABLE PAMELA S. HOLLIS
      BANKRUPTCY JUDGE

NOW COMES ROBERT B. KATZ, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,974.28 as compensation and $33.43 for reimbursement of expenses, $2,695.78 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $42,242.76.   Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $3,724.28 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $4,974.28 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| POSTAGE | $9.43 |
| COPIES | $16.00 |
| COPIES | $8.00 |
| TOTAL: | $33.43 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised to the undersigned in any capacity in connection with the above captioned case, except as previously authorized and approved by the Bankruptcy Court.

Executed this 7th day of February, 2008.

_____

Trustee