**DI MONTE & LIZAK, LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

November 28, 2007

ROBERT B KATZ, TRUSTEE
PALOS HILLS HEALTH CLUB INC BANKRUPTCY
223 W JACKSON BLVD  STE 1010
CHICAGO, IL  60606

Invoice#  0
Client#  PALOS1     00029
Billing through  11/27/2007

## CASH ADVANCED
## CHAPTER 7 - 06-04512
## PALOS HILLS HEALTH CLUB INC

| | | |
|---|---|---|
| Balance forward as of invoice dated   12/22/2006 | $496.72 | |
| Payments received since last invoice | $496.72 | |
| Balance brought forward | $0.00 | |

EXPENSES

DU        09/11/2007                                  $80.00
09/11/2007      DUPLICATION (400)  (Motion to set bar date)                          40.00

PO        09/11/2007                                  $38.76
09/11/2007      POSTAGE (34 x $1.14)  (Motion to set bar date)                       38.76

                                                                                   $78.76

Billing Summary
Total expenses incurred                $78.76
Total of new charges for this invoice  $78.76

**Total balance now due**              **$78.76**

                        0.00                              $0.00


EXHIBIT D