IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| PALOS HILLS HEALTH CLUB INC | ) | CASE NO. 06-04512-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    EVERETT MCKINLEY DIRKSEN UNITED STATES COURTHOUSE
           219 SOUTH DEARBORN STREET, COURTROOM 644
           CHICAGO, IL. 60604

    On: **April 17, 2008**            Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $42,242.76 |
    | Disbursements | $21,378.32 |
    | Net Cash Available for Distribution | $20,864.44 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Robert B. Katz<br>Trustee | $2,695.78 | $2,278.50 | $33.43 |
| DIMONTE & LIZAK<br>Attorney for Trustee | $14,496.72 | $9,140.00 | $78.76 |

| | | | |
|---|---|---|---|
| LOIS WEST<br>Accountant for Trustee | $0.00 | $3,530.50 | $11.89 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed secured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,802.26 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%. Wage claims are paid in full – net of taxes withheld as required.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Internal Revenue Service | $1,115.25 | $1,115.25 |
| | Internal Revenue Service | $276.58 | $276.58 |
| | Internal Revenue Service | $64.68 | $64.68 |
| | Illinois Department Of Revenue | $133.83 | $133.83 |
| 28 | CARLENE O'CONNOR | $450.45 | $450.45 |
| 29 | JUDY BOWMAN | $425.36 | $425.36 |
| 30 | CAROL JANICKI | $1,029.60 | $1,029.60 |
| 31 | THOMAS DOYLE | $900.90 | $900.90 |
| 32 | PAMELA SMITH | $64.35 | $64.35 |
| | Internal Revenue Service | $64.68 | $64.68 |
| | Internal Revenue Service | $276.58 | $276.58 |

8. Claims of general unsecured creditors totaling $245,404.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.40% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | COMED | $14,785.79 | $59.59 |
| 000002 | AVAYA INC. F/D/B/A EXPANETS | $497.88 | $2.01 |
| 000004A | GE CAPITAL | $10,079.19 | $40.62 |
| 000005 | FAMILY BANK AND TRUST COMPANY | $32,054.32 | $129.19 |

| | | | |
|---|---|---|---|
| 000006 | FIFTH THIRD BANK | $26,694.43 | $107.60 |
| 000007 | FIRST NATIONAL BANK OF OMAHA | $15,829.73 | $63.80 |
| 000008 | COMMERCIAL COFFEE SERVICE | $255.89 | $1.03 |
| 000009 | ALLIED WASTE | $161.53 | $0.65 |
| 000010 | MARLIN LEASING CORPORATION | $15,033.30 | $60.59 |
| 000011 | MARLIN LEASING CORPORATION | $13,987.66 | $56.38 |
| 000012 | SWISHER | $2,286.00 | $9.21 |
| 000013 | DIAMOND POOL AND SPA | $6,976.83 | $28.12 |
| 000014 | GENERAL CASUALTY COMPANY | $1,083.57 | $4.37 |
| 000015 | ADVANTA BANK CORP | $19,460.29 | $78.43 |
| 000016 | BANK OF AMERICA/FIA CARD SERVICES F | $25,834.84 | $104.13 |
| 000017 | BANK OF AMERICA/FIA CARD SERVICES F | $13,852.88 | $55.83 |
| 000018 | AMERICAN EXPRESS BANK FSB | $8,885.73 | $35.82 |
| 000019 | LASALLE BANK, N.A. | $17,163.36 | $69.18 |
| 000020 | OAK BROOK MECHANICAL | $7,330.14 | $29.54 |
| 000021 | CHASE BANK USA, N.A. | $12,132.19 | $48.90 |
| 000022 | N.T.I. LINEN, INC | $1,019.02 | $4.11 |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor (has or has not) been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | |

Dated: **March 13, 2008**                For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    Robert B. Katz
Address:    223 West Jackson Boulevard
            Suite 1010
            Chicago, IL  60606
Phone No.:  (312) 705-1400