IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| PALOS HILLS HEALTH CLUB INC | ) | CASE NO. 06-04512-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: EVERETT MCKINLEY DIRKSEN UNITED STATES COURTHOUSE
    219 SOUTH DEARBORN STREET, COURTROOM 644
    CHICAGO, IL.  60604

    On: **April 17, 2008**         Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $42,242.76 |
    | Disbursements | $21,378.32 |
    | Net Cash Available for Distribution | $20,864.44 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Robert B. Katz<br>Trustee | $2,695.78 | $2,278.50 | $33.43 |
| DIMONTE & LIZAK<br>Attorney for Trustee | $14,496.72 | $9,140.00 | $78.76 |

| | | | |
|---|---|---|---|
| LOIS WEST<br>Accountant for Trustee | $0.00 | $3,530.50 | $11.89 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed secured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,802.26 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%. Wage claims are paid in full – net of taxes withheld as required.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Internal Revenue Service | $1,115.25 | $1,115.25 |
| | Internal Revenue Service | $276.58 | $276.58 |
| | Internal Revenue Service | $64.68 | $64.68 |
| | Illinois Department Of Revenue | $133.83 | $133.83 |
| 28 | CARLENE O'CONNOR | $450.45 | $450.45 |
| 29 | JUDY BOWMAN | $425.36 | $425.36 |
| 30 | CAROL JANICKI | $1,029.60 | $1,029.60 |
| 31 | THOMAS DOYLE | $900.90 | $900.90 |
| 32 | PAMELA SMITH | $64.35 | $64.35 |
| | Internal Revenue Service | $64.68 | $64.68 |
| | Internal Revenue Service | $276.58 | $276.58 |

8. Claims of general unsecured creditors totaling $245,404.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.40% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | COMED | $14,785.79 | $59.59 |
| 000002 | AVAYA INC. F/D/B/A EXPANETS | $497.88 | $2.01 |
| 000004A | GE CAPITAL | $10,079.19 | $40.62 |
| 000005 | FAMILY BANK AND TRUST COMPANY | $32,054.32 | $129.19 |

| | | | |
|---|---|---|---|
| 000006 | FIFTH THIRD BANK | $26,694.43 | $107.60 |
| 000007 | FIRST NATIONAL BANK OF OMAHA | $15,829.73 | $63.80 |
| 000008 | COMMERCIAL COFFEE SERVICE | $255.89 | $1.03 |
| 000009 | ALLIED WASTE | $161.53 | $0.65 |
| 000010 | MARLIN LEASING CORPORATION | $15,033.30 | $60.59 |
| 000011 | MARLIN LEASING CORPORATION | $13,987.66 | $56.38 |
| 000012 | SWISHER | $2,286.00 | $9.21 |
| 000013 | DIAMOND POOL AND SPA | $6,976.83 | $28.12 |
| 000014 | GENERAL CASUALTY COMPANY | $1,083.57 | $4.37 |
| 000015 | ADVANTA BANK CORP | $19,460.29 | $78.43 |
| 000016 | BANK OF AMERICA/FIA CARD SERVICES F | $25,834.84 | $104.13 |
| 000017 | BANK OF AMERICA/FIA CARD SERVICES F | $13,852.88 | $55.83 |
| 000018 | AMERICAN EXPRESS BANK FSB | $8,885.73 | $35.82 |
| 000019 | LASALLE BANK, N.A. | $17,163.36 | $69.18 |
| 000020 | OAK BROOK MECHANICAL | $7,330.14 | $29.54 |
| 000021 | CHASE BANK USA, N.A. | $12,132.19 | $48.90 |
| 000022 | N.T.I. LINEN, INC | $1,019.02 | $4.11 |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor (has or has not) been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

Name of Property                                                                 Scheduled Value

NONE

Dated: **March 13, 2008**                         For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:      Robert B. Katz
Address:    223 West Jackson Boulevard
                   Suite 1010
                   Chicago, IL  60606
Phone No.:  (312) 705-1400

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

Case 06-04512   Doc 65   Filed 03/13/08   Entered 03/15/08 23:41:34   Desc Imaged
                         Certificate of Service   Page 4 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 3           Date Rcvd: Mar 13, 2008
Case: 06-04512                 Form ID: pdf002             Total Served: 109

The following entities were served by first class mail on Mar 15, 2008.
db           +Palos Hills Health Club, Inc,   11050 S Roberts R,    Palos Hills, IL 60465-2318
aty          +Ira P Goldberg,    DiMonte & Lizak, LLC,   216 Higgins Road,    Park Ridge, IL 60068-5706
aty          +Steven A Leahy,    Law Office of Steven A. Leahy,   150 North Michigan Avenue Ste 1100,
               Chicago, IL 60601-7560
tr           +Robert B Katz, ESQ,    The Law Offices Of Robert B Katz,    223 West Jackson Blvd Ste 1010,
               Chicago, IL 60606-6916
10704155     +ABC FIANCIAL,    P.O. BOX 6800,    SHERWOOD, AR 72124-6800
10704156      ACCURATE INDUSTRIES,    P.O. BOX 0624,    WHEELING, IL 60090-0624
10704157      ADVANTA BANK,   PO BOX 30715,    SALT LAKE CITY, UT 84130-0715
10704159     +ALL SEASONS POOLS,    9135 W135TH STREET,    ORLAND PARK, IL 60462-1499
10704160     +ALLIED WASTE,   13701 SOUTH KOSTNER,    CRESTWOOD, IL 60445-3900
10704161     +AMERICAN BOTTLING,    21431 NETWORK PLACE, BOX 21431,    CHICAGO, IL 60673-0001
10704162     +AMERICAN BUREAU OF COLLECTIONS,    1100 MAIN STREET,    BUFFALO, NY 14209-2356
10704163      AMERICAN CREDIT SYSTEMS INC,    400 W LAKE STREET/ SUITE 111,    PO BOX 72849,
               ROSELLE, IL 60172-0849
10704164      AMERICAN EXPRESS,    PO BOX 360002,    FT. LAUDERDALE, FL 33336-0002
10704165      ASCAP,   2690 CUMBERLAND PKWY SUITE 490,    ATLANTA, GA 30339-3913
10704166     +AT&T,   P O BOX 9001309,    LOUISVILLE, KY 40290-1309
10704167     +ATLANTIS POOL SERVICE,    13811 S 80TH AVE,    ORLAND PARK, IL 60462-1707
10704168      AVAYA,   PO BOX 5125,    CAROL STREAM, IL 60197-5125
11218247      Advanta Bank Corp,   c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11127090      Advanta Bank Corp.,    P O Box 3001,   Malvern, PA 19355-0701
11645874     +All Seasons Pools,    9135 W 135th Street,    Orland Park, IL 60462-1499
11645882     +Allied Waste,   13701 S Kostner,    Crestwood, IL 60445-3900
10734316      American Express Bank FSB,    c/o Becket and Lee LLP,   P O Box 3001,   Malvern, PA 19355-0701
10746122     +Avaya Inc. f/d/b/a Expanets,    c/o RMS Bankruptcy Recovery Services,   P O Box 5126,
               Timonium, Maryland 21094-5126
10704169      BANK OF AMERICA,   PO BOX 60073,    CITY OF INDUSTRY, CA 91716-0073
10704170      BMI,   PO BOX 406741,   ATLANTA, GA 30384-6741
11219311      Bank of America/FIA Card Services formerly MBNA,    c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
10704171      CAPITAL ONE,    P.O. BOX 790217,    ST. LOUIS, MO 63179-0217
10704173      CHASE,   PO BOX 260161,    BATON ROUGE, LA 70826-0161
10704172      CHASE,   PO BOX 15153,    WILMINGTON, DE 19886-5153
10704174      CHICAGO TECHNOLOGY GROUP,    4 TERRITORIAL COURT,    BOLINGBROOK, IL 60440-3558
10704175     +CITIBANK,    100 CITIBANK DRIVE,    SAN ANTONIO, TX 78245-3202
10704176      CITIBUSINESS,    PO BOX 6309,    THE LAKES, NV 88901-6309
10704177     +CITY OF PALOS HILLS,    10335 S ROBERTS RD,    PALOS HILLS, IL 60465-1929
10704178      COMCAST,   PO BOX 3002,    SOUTHEASTERN, PA 19398-3002
10704179     +COMMERCIAL COFFEE SERVICE,    8460 S THOMAS AVENUE,    BRIDGEVIEW, IL 60455-1734
11634202     +Carlene E O'Connor,    11107 South 84th Ave IB,    Palos Hills, IL 60465-2438
11645927     +Carol Janicki,    11437 South Natoma,    Worth, IL 60482-2131
11645928     +Cathy Hribar,    8841 Willow Road,    Hickory Hills, IL 60457-1249
11237769      Chase Bank USA, N.A.,    PO BOX 15145,    Wilmington, DE 19850-5145
10704181     +DIAMOND POOL AND SPA,    Law Offices of Snyder & Associates,    120 E Ogden Ave,   Suite 17-B,
               Hinsdale, IL 60521-3544
10704182     +DIRECT FITNESS SOLUTIONS,    1312 ARMOUR BLVD,    MUNDELEIN, IL 60060-4402
10704183      DON MAR SERVICE CORPORATION,    500 W. PALATINE RD.,    SUITE 105,    WHEELING, IL 60090-5842
10704184      DSL.NET,   PO BOX 31785,    HARTFORD, CT 06150-1785
11645929     +Dawn Hanlon,    5730 Ridgemont Lane,    Unit 3F,    Chicago Ridge, IL 60415-2332
11645915     +Diamond Pool And Spa,    7631 W. 100th,    Bridgeview, Illinois 60455-2433
11645924     +Diamond Pool and Spa,    7631 West 100th,    Bridgeview, IL 60455-2433
10704185     +FAMILY BANK & TRUST OF PALOS HILLS,    10360 S ROBERTS RD,    PALOS HILLS, IL 60465-1930
11081517     +FAMILY BANK AND TRUST COMPANY,    10360 S. ROBERTS ROAD,    PALOS HILLS, IL 60465-1930
10704186      FIFTH THIRD BANK,   CINCINNATI, OH
10704187    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: FIFTH THIRD BANK,     P.O. BOX 630337,    CINCINNATI, OH 45263-0001)
10704188     +FIRST FUNDS,   240 WEST 35TH STREET / 16TH FLOOR,    NEW YORK, NV 10001-2506
10704189     +FIRST NATIONAL BANK OF OMAHA,    PO BOX 2814,    1620 Dodge Street, Stop Code 3105,
               OMAHA, NE 68197-0002
10704190     +FORE SUPPLY,   1205 CAPITOL DRIVE,    ADDISON, IL 60101-5309
11089181     +Fifth Third Bank,    1850 E Paris Ave SE,    MD#ROPS05/Bankruptcy,    Grand Rapids MI 49546-6253
11645925     +First National Bank of Omaha,    PO Box 2814,    Omaha, NE 68103-2814
10704191      GE CAPITAL,    P.O. BOX740423,    ATLANTA, GA 30374-0423
10987891     +GE Capital,    1010 Thomas Edison Blvd.,SW,    Cedar Rapids, IA 52404-8247
10704193     +GREER LANDSCAPING,    PO BOX 265,    PALOS HEIGHTS, IL 60463-0265
10704192     +General Casualty Company,    Attn Mindy Blumenberg,    One General Drive,
               Sun Prairie, WI 53596-0002
10704194      HARRIS BANK,    P.O.BOX 6201,    CAROL STREAM, IL 60197-6201
11645972    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia PA 19114)
11645931    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,     Kansas City, MO 64999-0002)
11645930    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,     Mail Stop 5010 CHI,
               230 S Dearborn Street,    Chicago, IL 60604)
10704195     +JANIKING,   1701 E WOODFIELD RD #1100,    SCHAUMBURG, IL 60173-5156
10704196     +JDL SYSTEMS INC,    13222 MEADOW LARK DRIVE,    ORLAND PARK, IL 60462-1851
```

```
District/off: 0752-1          User: amcc7                  Page 2 of 3                   Date Rcvd: Mar 13, 2008
Case: 06-04512                Form ID: pdf002              Total Served: 109

11645932     +Jo Simon,   10526 Stowe Ct,   Palos Hills, IL 60465-1737
11645977     +Judy Bowman,   17940 Settlers PND way 3D,   Orland Park, IL 60467-5292
11645933     +Judy Bowman,   17940 Settlers PND Way # 3D,   Orland Park, Il 60467-5292
10704197     +K & W ENVIRONMENTAL SAFETY & SUPPLY,   1212 S NAPER BLVD STE 119-118,    NAPERVILLE, IL 60540-8360
11645934     +Kitty Jarmoszka,   9048 Barberry Lane,   Hickory Hills, IL 60457-1212
10704198     +LASALLE BANK,   135 SOUTH LASALLE STREET,   CHICAGO, IL 60603-4489
11231411     +LaSalle Bank, N.A,    c/o Zenoff & Zenoff Chartered,   53 W. Jackson Blvd., Suite 1605,
               Chicago, IL 60604-3762
11231412     +LaSalle Bank, N.A.,    c/o Zenoff & Zenoff Chartered,   53 W. Jackson Blvd., Suite 1140,
               Chicago, IL 60604-3619
10704199      MARLIN LEASING,   PO BOX 13604,   PHILADELPHIA, PA 19101-3604
10704200     +MBNA,   P.O. BOX 15102,   WILMINGTON, DE 19850-5102
10704201      MBNA,   PO BOX 15102,   WILMINGTON, DE 19886-5102
10895194      MBNA America Delaware NA,   P O Box 3001,   Malvern, PA 19355-0701
10704202     +MIDWEST INDUSTRIAL LIGHTING,   919 W. 38TH ST.,   CHICAGO, IL 60609-1491
10704203     +MUZAK,   3318 LAKEMONT BLVD,   FT MILL, SC 29708-8309
11126753     +Marlin Leasing Corporation,   300 Fellowship Road,   Mount Laurel, NJ 08054-1727
10704204      N.T.I. LINEN, INC,   P.O. BOX 3786,   OAKBROOK, IL 60522-3786
10704206     +NORTHWEST COMMUNITY HOSPITAL,   800 WEST CENTRAL ROAD,   ARLINGTON HEIGHTS, IL 60005-2392
10704207      OAK BROOK MECHANICAL,   961 S RT 83,   ELMHURST, IL 60126-4993
10704208     +PLUMBING EXPRESS, INC.,   9526 CORSAIR ROAD,   FRANKFORT, IL 60423-2511
10704209     +PYROTECHNICS, INC.,   675 NORTH COURT / SUITE 205,   PALATINE, IL 60067-8105
11645935     +Pamela Smith,   13217 N Country Club Crt,   Palos Heights, IL 60463-2538
10704210      ROYAL OFFICE PRODUCTS,   PO BOX 88486,   CHICAGO, IL 60680-1486
10704211     +SANTA BARBARA BANK,   711 DAILY DRIVE,   CAMARILLO, CA 93010-6075
10704212      SANTA BARBARA BANK,   P.O. BOX 60607,   SANTA BARBARA, CA 93160-0607
10704213      SBC YELLOW PAGES/ RH DONNELLEY,   8519 INNOVATION WAY,   CHICAGO, IL 60682-0085
10704214     +SECURITY CONSULTANTS,   4812 TAFFY COURT,   RICHMOND, IL 60071-9762
10704215      SESAC,   PO BOX 900013,   RALEIGH, NC 27675-9013
10704216      SIMPLEX GRINELL,   DEPT. CH 10320,   PALATINE, IL 60055-0320
10704217      SWISHER,   PO BOX 473526,   CHARLOTTE, NC 28247-3526
10704218     +TOTAL MANAGEMENT SYSTEMS,   900 WEST FULLERTON AVE.,   ADDISON, IL 60101-3306
10704219     +TRISTAR CAPITAL,   6 HUTTON CENTRE SUITE 850,   SANTA ANNA, CA 92707-8736
11645937     +Thomas G Doyle,   9001 S Cicero Ave TRTL 346,   Oak Lawn, IL 60453-1846
11645936     +Thomas Hoffman,   11211 Sycore Lane - A,   Palos Hills, IL 60465-2577
11645981     +Tom Doyle,   9001 S Cicero,   Oak Lawn, IL 60453-1846
10704220     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U S BANK,   PO BOX 790408,   ST LOUIS, MO 63179-0408)
10704221     +WACHOVIA,   P.O. BOX 15469,   WILMINGTON, DE 19850-5469
10704222     +WELLS FARGO,   P.O. BOX 7487,   BOISE, ID 83707-1487
10704223      WHOLESALE COLLECTORS,   PO BOX 48146,   NILES, IL 60714
10704224     +WW GRAINGER INC,   LAKE FOREST, IL 60045
10704225     +YELLOW BOOK OF ILLINOIS,   1933 N MEACHAM RD SUITE 600,   SHAUMBURG, IL 60173-4390
The following entities were served by electronic transmission on Mar 14, 2008.
10704180     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           ComEd,
               2100 Swift Drive,   Attn: Bankruptcy Section/Revenue Mgmt.,   Oak Brook, IL 60523-1559
11645922     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           Commonwealth Edison,
               2100 Swift Drive,   Oak Brook, IL 60523-1559
11645923     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           Commonwealth Edison,
               Bill Payment Center,   Chicago, IL 60668-0001
10704205      E-mail/Text: bankrup@nicor.com                                  NICOR,   PO BOX 310,
               AURORA, IL 60507-0310
                                                                                              TOTAL: 4
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Di Monte & Lizak, LLC
10704158*     ADVANTA BANK CORPORATION,   PO BOX 30715,   SALT LAKE CITY, UT 84130-0715
11645879*    +Accurate Industries,   PO Box 0624,   wheeling, IL 60090-0624
11645880*    +Advanta Bank,   PO Box 30715,   salt Lake city, UT 84130-0715
11645881*    +All Seasons Pools,   9135 W 135th Street,   Orland Park, IL 60462-1499
11645875*    +Allied Waste,   13701 South Kostner,   Crestwood, IL 60445-3900
11645876*    +American Bottling,   21431 Network Place,   Box 21431,   Chicago,IL 60673-0001
11645883*    +American Bottling,   21431 Network Place,   Box 21431,   chicago, IL 60673-0001
11645877*    +American Bureau of collections,   1100 Main Street,   Buffalo, NY 14209-2356
11645878*    +American Credit Systems Inc,   400 W Lake Street suite 111,   Pob 72849,   Roselle, IL 60172-0849
11645968*    +Carol Janicki,   11437 South Natoma,   Worth, IL 60482-2131
11645969*    +Cathy Hribar,   8841 Willow Road,   Hickory Hills, IL 60457-1249
11645970*    +Dawn Hanlon,   5730 Ridgemont Lane,   Unit 3F,   Chicago Ridge, IL 60415-2332
11645975*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   IRS,   Kansas City, MO 64999-0002)
11645976*    +Jo Simon,   10526 Stowe Ct,   Palos Hills, IL 60465-1737
11645978*    +Kitty Jarmoszka,   9048 Barberry Lane,   Hickory Hills, IL 60457-1212
11645980*    +Thomas Hoffman,   11211 Sycore Lane A,   Palos Hills, IL 60465-2577
                                                                                              TOTALS: 1, * 16
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 3 of 3              Date Rcvd: Mar 13, 2008
Case: 06-04512                Form ID: pdf002          Total Served: 109

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2008**                    **Signature:**    *Joseph Speetjens*