IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| PALOS HILLS HEALTH CLUB INC | ) | CASE NO. 06-04512-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE PAMELA S. HOLLIS
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

__8/13/2008__                                       ____/s/Robert B. Katz____
DATE                                                                       TRUSTEE

Robert B. Katz
Law Offices of Robert B. Katz
223 West Jackson Boulevard
Suite 1010
Chicago, IL 60606
(312) 705-1400

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| PALOS HILLS HEALTH CLUB INC | ) | CASE NO. 06-04512-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## DISTRIBUTION REPORT

I, Robert B. Katz, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I making the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $0.00 |
| Chapter 7 Administrative Expenses: | $15,073.08 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $4,461.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $341.26 |
| General Unsecured Claims: | $1,001.27 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $20,876.61 |

EXHIBIT D

## DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $0.00 | 0.00% |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $15,073.08 | 100.00% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Robert B. Katz<br>Trustee Compensation | $2,278.50 | $2,278.50 |
| | Robert B. Katz<br>Trustee Expenses | $33.43 | $33.43 |
| | Dimonte & Lizak<br>Attorney for Trustee Fees | $9,140.00 | $9,140.00 |
| | Dimonte & Lizak<br>Attorney for Trustee Expenses | $78.76 | $78.76 |
| | Lois West<br>Accountant for Trustee Fees | $3,530.50 | $3,530.50 |
| | Lois West<br>Accountant for Trustee Expenses | $11.89 | $11.89 |
| | CLASS TOTALS | $15,073.08 | $15,073.08 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $0.00 | 0.00% |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $0.00 | 0.00% |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions, limited to $10,000.00 | $4,461.00 | 100.00% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Carlene O'Connor Wages-- 507 | $700.00 | $450.45 |
| | Federal Income Tax | $175.00 | $175.00 |
| | Illinois State Tax | $21.00 | $21.00 |
| | Medicare Tax | $10.15 | $10.15 |
| | Medicare Tax- Matching | $10.15 | $10.15 |
| | Social Security Tax | $43.40 | $43.40 |
| | Social Security Tax- Matching | $43.40 | $43.40 |
| | Net for claim | | $450.45 |
| | Carol Janicki Wages-- 507 | $1,600.00 | $1,029.60 |

| | | |
|---|---:|---:|
| Federal Income Tax | $400.00 | $400.00 |
| Illinois State Tax | $48.00 | $48.00 |
| Medicare Tax | $23.20 | $23.20 |
| Medicare Tax- Matching | $23.20 | $23.20 |
| Social Security Tax | $99.20 | $99.20 |
| Social Security Tax- Matching | $99.20 | $99.20 |
| Net for claim | | $1,029.60 |
| | | |
| Judy Bowman $661.00 | | $425.36 |
| Wages-- 507 | | |
| | | |
| Federal Income Tax | $165.25 | $165.25 |
| Illinois State Tax | $19.83 | $19.83 |
| Medicare Tax | $9.58 | $9.58 |
| Medicare Tax- Matching | $9.58 | $9.58 |
| Social Security Tax | $40.98 | $40.98 |
| Social Security Tax- Matching | $40.98 | $40.98 |
| Net for claim | | $425.36 |
| | | |
| Pamela Smith $100.00 | | $64.35 |
| Wages-- 507 | | |
| | | |
| Federal Income Tax | $25.00 | $25.00 |
| Illinois State Tax | $3.00 | $3.00 |
| Medicare Tax | $1.45 | $1.45 |
| Medicare Tax- Matching | $1.45 | $1.45 |
| Social Security Tax | $6.20 | $6.20 |
| Social Security Tax- Matching | $6.20 | $6.20 |
| Net for claim | | $64.35 |
| | | |
| Thomas Doyle $1,400.00 | | $900.90 |
| Wages-- 507 | | |
| | | |
| Federal Income Tax | $350.00 | $350.00 |
| Illinois State Tax | $42.00 | $42.00 |
| Medicare Tax | $20.30 | $20.30 |
| Medicare Tax- Matching | $20.30 | $20.30 |
| Social Security Tax | $86.80 | $86.80 |
| Social Security Tax- Matching | $86.80 | $86.80 |
| Net for claim | | $900.90 |
| **CLASS TOTALS** | **$4,461.00** | **$2,870.66** |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employment Funds. | $0.00 | 0.00% |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $0.00 | 0.00% |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits by consumers to the extent of $2,225 | $0.00 | 0.00% |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) - Tax Liens | $0.00 | 0.00% |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax Claims, excluding fines and penalties | $1,931.60 | 100.00% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Internal Revenue Service MEDICARE TAX-MATCHING | $64.68 | $64.68 |
| | Internal Revenue Service SOCIAL SECURITY TAX-MATCHING | $276.58 | $276.58 |
| | Internal Revenue Service | $1,115.25 | $1,115.25 |

FEDERAL INCOME TAX

| | | | |
|---|---|---|---|
| | Internal Revenue Service<br>SOCIAL SECURITY TAX | $276.58 | $276.58 |
| | Internal Revenue Service<br>MEDICARE TAX | $64.68 | $64.68 |
| | Illinois Department Of Revenue<br>ILLINOIS STATE TAX | $133.83 | $133.83 |

| CLASS TOTALS | $1,931.60 | $1,931.60 |
|---|---|---|

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $0.00 | 0.00% |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full | $245,404.57 | 0.41% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000015 | Advanta Bank Corp<br>General Unsecured 726 | $19,460.29 | $79.40 |
| 000009 | Allied Waste<br>General Unsecured 726 | $161.53 | $0.66 |
| 000018 | American Express Bank Fsb | $8,885.73 | $36.25 |

| | | | |
|---|---|---|---|
| | General Unsecured 726 | | |
| 000002 | Avaya Inc. F/D/B/A Expanets<br>General Unsecured 726 | $497.88 | $2.03 |
| 000017 | Bank Of America/Fia Card Services F<br>General Unsecured 726 | $13,852.88 | $56.52 |
| 000016 | Bank Of America/Fia Card Services F<br>General Unsecured 726 | $25,834.84 | $105.41 |
| 000021 | Chase Bank Usa, N.A.<br>General Unsecured 726 | $12,132.19 | $49.50 |
| 000001 | Comed<br>General Unsecured 726 | $14,785.79 | $60.33 |
| 000008 | Commercial Coffee Service<br>General Unsecured 726 | $255.89 | $1.04 |
| 000013 | Diamond Pool And Spa<br>General Unsecured 726 | $6,976.83 | $28.47 |
| 000005 | Family Bank And Trust Company<br>General Unsecured 726 | $32,054.32 | $130.78 |
| 000006 | Fifth Third Bank<br>General Unsecured 726 | $26,694.43 | $108.92 |
| 000007 | First National Bank Of Omaha<br>General Unsecured 726 | $15,829.73 | $64.59 |
| 000004A | Ge Capital<br>General Unsecured 726 | $10,079.19 | $41.12 |
| 000014 | General Casualty Company<br>General Unsecured 726 | $1,083.57 | $4.42 |
| 000019 | Lasalle Bank, N.A.<br>General Unsecured 726 | $17,163.36 | $70.03 |
| 000011 | Marlin Leasing Corporation<br>General Unsecured 726 | $13,987.66 | $57.07 |

| | | | |
|---|---|---|---|
| 000010 | Marlin Leasing Corporation<br>General Unsecured 726 | $15,033.30 | $61.34 |
| 000022 | N.T.I. Linen, Inc<br>General Unsecured 726 | $1,019.02 | $4.15 |
| 000020 | Oak Brook Mechanical<br>General Unsecured 726 | $7,330.14 | $29.91 |
| 000012 | Swisher<br>General Unsecured 726 | $2,286.00 | $9.33 |
| | CLASS TOTALS | $245,404.57 | $1,001.27 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __4/18/08__                              __/s/ Robert B. Katz__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| PALOS HILLS HEALTH CLUB INC | ) | CASE NO. 06-04512-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $2,278.50 |
| 2. | Trustee's expenses | $33.43 |
| | TOTAL | $2,311.93 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for Trustee | | |
| | a. | Compensation | $9,140.00 |
| | b. | Expenses | $78.76 |
| 2. | Accountant for Trustee | | |
| | a. | Compensation | $3,530.50 |
| | b. | Expenses | $11.89 |
| | | TOTAL | $12,761.15 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

FURTHER, IT IS HEREBY ORDERED that the Trustee is authorized to, and by the entry hereof does, abandon the following property:

DATED this _____ day of _____, 2008.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

**ENTERED**

APR 1 7 2008

PAMELA S HOLLIS
BANKRUPTCY JUDGE

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-04512 -PSH |
|---|---|
| Case Name: | PALOS HILLS HEALTH CLUB INC |
| Taxpayer ID No: | ******5243 |
| For Period Ending: | 08/13/08 |

| Trustee Name: | Robert B. Katz |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******6347 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

Page: 1

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/14/06 | 2 | CAPFINANCIAL III. LLC | SALE OF TRUSTEE'S INTEREST IN PROP | 1110-000 | 42,000.00 | | 42,000.00 |
| 12/21/06 | 000101 | DiMonte & Lizak, LLC | Per Sale Order & Retention Order | | | 14,496.72 | 27,503.28 |
| | | Ira Goldberg | | | | | |
| | | 216 Higgins Rd. | Fees 14,000.00 | | | | |
| | | Park Ridge, IL 60068 | Expenses 496.72 | | | | |
| | | | | 3210-000 | | | 27,503.28 |
| | | | | 3220-000 | | | 27,503.28 |
| 12/21/06 | 000102 | American Auction | | 2420-000 | | 1,000.00 | 26,503.28 |
| | | 8515 S. Thomas Ave | | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 12/29/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 13.57 | | 26,516.85 |
| 01/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 22.52 | | 26,539.37 |
| 02/05/07 | 000103 | International Sureties, LTD | SERVICE CHARGE | 2300-000 | | 29.05 | 26,510.32 |
| | | Suite 500 | 016026455 | | | | |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 02/28/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 20.34 | | 26,530.66 |
| 03/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 22.53 | | 26,553.19 |
| 04/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 21.83 | | 26,575.02 |
| 05/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 22.57 | | 26,597.59 |
| 06/19/07 | 000104 | Illinois Department of Revenue | Payment for Corp. Replacement Tax | 2820-000 | | 2,953.00 | 23,644.59 |
| | | PO Box 19032 | | | | | |
| | | Springfield, IL 62794-9032 | | | | | |
| 06/29/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 21.45 | | 23,666.04 |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 20.11 | | 23,686.15 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 20.12 | | 23,706.27 |
| 09/21/07 | 000105 | Robert B. Katz | Interim compensation by court order | 2100-000 | | 2,695.78 | 21,010.49 |
| | | 223 West Jackson Blvd. | | | | | |
| | | Suite 1010 | | | | | |

| | Page Subtotals | 42,185.04 | 21,174.55 |
|---|---|---|---|

Ver: 14.03a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-04512 -PSH  
Case Name: PALOS HILLS HEALTH CLUB INC  
Taxpayer ID No: **********3243  
For Period Ending: 08/13/08

Trustee Name: Robert B. Katz  
Bank Name: BANK OF AMERICA  
Account Number / CD #: **********6347 Money Market Account (Interest Earn  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

Page: 2

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/28/07 | | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 14.82 | | 21,025.31 |
| 10/31/07 | | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 13.40 | | 21,038.71 |
| 11/28/07 | 000106 | Illinois Department of Revenue P.O. Box 19084 Springfield, IL 62794-9084 | Add. Payment Corp Replacement Tax | 2820-000 | | 191.07 | 20,847.64 |
| 11/30/07 | | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 11.24 | | 20,858.88 |
| 12/31/07 | | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 9.99 | | 20,868.87 |
| 01/31/08 | | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 8.27 | | 20,877.14 |
| 02/05/08 | 000107 | International Sureties, Ltd. 701 Poydras St. Suite 120 New Orleans, LA 70139 | BLANKET BOND DISBURSEMENT | 2300-000 | | 12.70 | 20,864.44 |
| 02/29/08 | | BANK OF AMERICA | Interest Rate 0.300 | 1270-002 | 4.96 | | 20,869.40 |
| 03/31/08 | | BANK OF AMERICA | Interest Rate 0.250 | 1270-002 | 4.93 | | 20,874.33 |
| 04/17/08 | | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-002 | 2.28 | | 20,876.61 |
| 04/17/08 | | Transfer to Acct #*******1814 | Final Posting Transfer | 9999-000 | | 20,876.61 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 42,254.93 | 42,254.93 |
| Less: Bank Transfers/CD's | 0.00 | 20,876.61 |
| Subtotal | 42,254.93 | 21,378.32 |
| Less: Payments to Debtors | | 0.00 |
| Net | 42,254.93 | 21,378.32 |

Page Subtotals  69.89  21,080.38

Page: 3

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-04512 -PSH
Case Name: PALOS HILLS HEALTH CLUB INC
Taxpayer ID No: *******5243
For Period Ending: 08/13/08

Trustee Name: Robert B. Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: ******1814 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/17/08 | | Transfer from Acct #*******6347 | Transfer In From MMA Account | 9999-000 | 20,876.61 | | 20,876.61 |
| 04/22/08 | 000101 | ROBERT B. KATZ<br>223 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 2,278.50 | 18,598.11 |
| 04/22/08 | 000102 | ROBERT B. KATZ<br>223 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL 60606 | Chapter 7 Expenses | 2200-000 | | 33.45 | 18,564.66 |
| 04/22/08 | 000103 | DIMONTE & LIZAK<br>216 HIGGINS ROAD<br>PARK RIDGE, IL 60068 | Fees       9,140.00<br>Expenses      78.76 | 3210-000<br>3220-000 | | 9,218.76 | 9,345.92<br>9,345.92<br>9,345.92 |
| 04/22/08 | 000104 | LOIS WEST<br>POPOWCER KATTEN LTD.<br>35 EAST WACKER DR.<br>SUITE 1550<br>CHICAGO, IL 60601-2107 | Fees       3,530.50<br>Expenses      11.89 | 3410-000<br>3420-000 | | 3,542.39 | 5,803.53<br>5,803.53 |
| 04/22/08 | 000105 | Carlene O'Connor<br>11107 W. 84th Avenue<br>Palos Hills, IL 60465 | | 5300-000 | | 450.45 | 5,353.08 |
| 04/22/08 | 000106 | Judy Bowman<br>17940 Settlers PND Way #3D<br>Orland Park, IL 60467 | | 5300-000 | | 425.36 | 4,927.72 |
| 04/22/08 | 000107 | Carol Janicki<br>11437 South Natoma<br>Worth, IL 60482 | | 5300-000 | | 1,029.60 | 3,898.12 |
| | | | | Page Subtotals | 20,876.61 | 16,978.49 | |

Ver: 14.03a
UFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-04512 -PSH | | Trustee Name: | Robert B. Katz | | Page: | 4 |
|---|---|---|---|---|---|---|---|
| Case Name: | PALOS HILLS HEALTH CLUB INC | | Bank Name: | BANK OF AMERICA | | | |
| Taxpayer ID No: | *******3243 | | Account Number / CD #: | *******1814 Checking Account (Non-Interest Earn | | | |
| For Period Ending: | 08/15/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | | |
| | | | Separate Bond (if applicable): | | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/22/08 | 010108 | Thomas Doyle<br>9001 S. Cicero<br>Oak Lawn, IL 60453 | | 5300-000 | | 900.90 | 2,997.22 |
| 04/22/08 | 000109 | Pamela Smith | | 5300-000 | | 64.35 | 2,932.87 |
| 04/22/08 | 000110 | Internal Revenue Service<br>Kansas City, MO 64999 | FEDERAL INCOME TAX | 5300-000 | | 1,115.25 | 1,817.62 |
| 04/22/08 | 000111 | ILLINOIS DEPARTMENT OF REVENUE | ILLINOIS STATE TAX | 5300-000 | | 133.83 | 1,683.79 |
| 04/22/08 | 000112 | Internal Revenue Service<br>Kansas City, MO 64999 | MEDICARE TAX | 5300-000 | | 64.68 | 1,619.11 |
| 04/22/08 | 000113 | Internal Revenue Service<br>Kansas City, MO 64999 | SOCIAL SECURITY TAX | 5300-000 | | 276.58 | 1,342.53 |
| 04/22/08 | 000114 | Internal Revenue Service<br>Kansas City, MO 64999 | MEDICARE TAX- MATCHING | 5800-000 | | 64.68 | 1,277.85 |
| 04/22/08 | 000115 | Internal Revenue Service<br>Kansas City, MO 64999 | SOCIAL SECURITY TAX- MATCHING | 5800-000 | | 276.58 | 1,001.27 |
| 04/22/08 | 000116 | ComEd<br>2100 Swift Drive | Claim 000001, Payment 0.408052% | 7100-000 | | 60.33 | 940.94 |
| 04/22/08 | 000117 | United States Bankruptcy Court<br>Attn: Bankruptcy Section/Revenue Mgmt.<br>Oak Brook, IL 60523 | Claim 000002, Payment 0.407725%<br>Avaya Inc. f/d/b/a Expanets<br>c/o RMS Bankruptcy Recovery Services<br>P O Box 5126 | 7100-000 | | 2.03 | 938.91 |
| 04/22/08 | 000118 | GE Capital<br>1010 Thomas Edison Blvd. SW<br>Cedar Rapids, IA 52404 | Claim 000004A, Payment 0.407797%<br>Timonium, Maryland 21094 | 7100-000 | | 41.12 | 897.79 |
| 04/22/08 | 000119 | FAMILY BANK AND TRUST COMPANY<br>10360 S. ROBERTS ROAD<br>PALOS HILLS, IL 60465 | Claim 000005, Payment 0.407997% | 7100-000 | | 130.78 | 767.01 |
| | | | | Page Subtotals | 0.00 | 3,131.11 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-04512 -PSH
Case Name: PALOS HILLS HEALTH CLUB INC
Taxpayer ID No: **-***-*243
For Period Ending: 08/13/08

Trustee Name: Robert B. Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: *******1814 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

Page: 5

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/22/08 | 000120 | Fifth Third Bank<br>1850 E Paris Ave SE<br>MD#ROPS05/Bankruptcy<br>Grand Rapids, MI 49546 | Claim 000006, Payment 0.40803% | 7100-000 | | 108.92 | 658.09 |
| 04/22/08 | 000121 | FIRST NATIONAL BANK OF OMAHA<br>PO BOX 2814<br>1620 Dodge Street, Stop Code 3105<br>OMAHA, NE 68197 | Claim 000007, Payment 0.40803% | 7100-000 | | 64.59 | 593.50 |
| 04/22/08 | 000122 | United States Bankruptcy Court<br>AUTO ADDED WITH IMPORT | Claim 000008, Payment 0.40642%<br>COMMERCIAL COFFEE SERVICE<br>8460 S THOMAS AVENUE<br>BRIDGEVIEW, IL 60455 | 7100-000 | | 1.04 | 592.46 |
| 04/22/08 | 000123 | United States Bankruptcy Court<br>AUTO ADDED WITH IMPORT | Claim 000009, Payment 0.40859%<br>ALLIED WASTE<br>13701 SOUTH KOSTNER<br>CRESTWOOD, IL 60445 | 7100-000 | | 0.66 | 591.80 |
| 04/22/08 | 000124 | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | Claim 000010, Payment 0.40803% | 7100-000 | | 61.34 | 530.46 |
| 04/22/08 | 000125 | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | Claim 000011, Payment 0.40800% | 7100-000 | | 57.07 | 473.39 |
| 04/22/08 | 000126 | SWISHER<br>PO BOX 473526<br>CHARLOTTE, NC 28247-3526 | Claim 000012, Payment 0.40814% | 7100-000 | | 9.33 | 464.06 |
| 04/22/08 | 000127 | DIAMOND POOL AND SPA<br>Law Offices of Snyder & Associates<br>120 E Ogden Ave<br>Suite 17-B<br>Hinsdale, IL 60521 | Claim 000013, Payment 0.40806% | 7100-000 | | 28.47 | 435.59 |
| | | | | Page Subtotals | 0.00 | 331.42 | |

Ver: 14.03a
LFORM2-1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 06-04512 -PSH | Trustee Name: | Robert B. Katz |
| Case Name: | PALOS HILLS HEALTH CLUB INC | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | ******3243 | Account Number / CD #: | *-****1814 Checking Account (Non-Interest Earn |
| For Period Ending: | 08/15/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/22/08 | 000128 | United States Bankruptcy Court | AUTO ADDED WITH IMPORT | | | | |
| 04/22/08 | 000129 | Advanta Bank Corp c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000014, Payment 0.40791% | 7100-000 | | 4.42 | 451.17 |
| 04/22/08 | 000130 | Bank of America/FIA Card Services formerly MBNA c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000015, Payment 0.40801% General Casualty Company Attn Mindy Blumenberg One General Drive Sun Prairie, WI 53596 | 7100-000 | | 79.40 | 351.77 |
| 04/22/08 | 000131 | Bank of America/FIA Card Services formerly MBNA c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000016, Payment 0.40801% | 7100-000 | | 105.41 | 246.36 |
| 04/22/08 | 000132 | Bank of America/FIA Card Services formerly MBNA c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000017, Payment 0.40800% | 7100-000 | | 56.52 | 189.84 |
| 04/22/08 | 000133 | American Express Bank FSB c/o Becket and Lee LLP P O Box 3001 Malvern, PA 19355-0701 | Claim 000018, Payment 0.40796% | 7100-000 | | 36.25 | 153.59 |
| 04/22/08 | 000134 | LaSalle Bank, N.A. c/o Zenoff & Zenoff Chartered 53 W. Jackson Blvd, Suite 1140 Chicago, IL 60604 | Claim 000019, Payment 0.40802% | 7100-000 | | 70.03 | 83.56 |
| 04/22/08 | 000134 | OAK BROOK MECHANICAL 961 S RT 83 ELMHURST, IL 60126-4993 | Claim 000020, Payment 0.40804% | 7100-000 | | 29.91 | 53.65 |
| 04/22/08 | 000135 | Chase Bank USA, N.A. PO BOX 15145 | Claim 000021, Payment 0.40801% | 7100-000 | | 49.50 | 4.15 |

Page Subtotals   0.00   451.44

Page: 7

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-04512 -PSH
Case Name: PALOS HILLS HEALTH CLUB INC
Taxpayer ID No: ******3245
For Period Ending: 08/13/08

Trustee Name: Robert B. Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: *******1814 (Checking Account (Non-Interest Earn)
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |
| 04/22/08 | 000136 | Wilmington, DE 19850-5145 United States Bankruptcy Court AUTO ADDED WITH IMPORT | Claim 000022, Payment 0.40725% N.T.L. LINEN, INC. P.O. BOX 3786 OAKBROOK, IL 60522-3786 | 7100-000 | | 4.15 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 20,876.61 | 20,876.61 |
| Less: Bank Transfers/CD's | | 20,876.61 | 0.00 |
| Subtotal | | 0.00 | 20,876.61 |
| Less: Payments to Debtors | | 0.00 | 0.00 |
| Net | | 0.00 | 20,876.61 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********6347 | 42,254.93 | 21,378.32 | 0.00 |
| Checking Account (Non-Interest Earn - *******1814 | 0.00 | 20,876.61 | 0.00 |
| | 42,254.93 | 42,254.93 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     4.15

Ver: 14.03a

LFORM24